# 15-15981  chap. 7

Exhibit B

EXHIBIT B

800-444-4302
1800 Tapo Canyon Road
Simi Valley, CA 93063
When recorded mail to:
CoreLogic
450 E. Boundary St.
Attn: Release Dept.
Chapin, SC 29036

DocID# 9996515019936634

Property Address:

998 Meda St

Memphis, TN 38104-5818

TN0-ADT 18383337  5/24/2012

This space for Recorder's use

MIN #: 1001337-0000152871-3   MERS Phone #: 888-679-6377

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned holder of a Deed of Trust (herein "Assignor") whose address is **1901 E Voorhees Street, Suite C, Danville, IL 61834** does hereby grant, sell, assign, transfer and convey unto **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS MASTER TRUST, REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIES 2004-O** whose address is **226 W MONROE ST 26FL, CHICAGO, IL 60670** all beneficial interest under that certain Deed of Trust described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Deed of Trust.

| | |
|---|---|
| Original Lender: | **COUNTRYWIDE HOME LOANS, INC.** |
| Original Borrower(s): | **MARTA LYALL, A MARRIED WOMAN** |
| Original Trustee: | **ROBERT M. WILSON, JR.** |
| Date of Deed of Trust: | **8/12/2004** |
| Original Loan Amount: | **$24,600.00** |

Recorded in **SHELBY** County, TN on: **8/23/2004**, book **N/A**, page **N/A** and instrument number **04141849**

Maximum principle indebtedness for Tennessee Recording Tax purposes is --$0.00-- exactly same collateral as prior debt. Does not increase principle.

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Deed of Trust to be executed on

Dated: **MAY 29 2012**

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _____
Mercedes Judilla
Assistant Secretary

State of **California**
County of **Ventura**

On **MAY 29 2012** before me, **Jovida Alvarez Diaz**, Notary Public, personally appeared **Mercedes Judilla**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: Jovida Alvarez Diaz  (Seal)
My Commission Expires: Jan 20, 2014

JOVIDA ALVAREZ DIAZ
Commission # 1877678
Notary Public - California
Los Angeles County
My Comm. Expires Jan 20, 2014

## Certificate of Authenticity

I, <u>Ronald E. Rooney</u>, do hereby make oath that I am a licensed attorney and/or the custodian of the electronic version of the attached document tendered for registration herewith and that this is a true and correct copy of the original document executed and authenticated according to law.

*[Signature]*
Signature

State of <u>South Carolina</u>

County of <u>Lexington</u>

Personally appeared before me, <u>Frances Y. King</u>, a notary public for this county and state, <u>Ronald E. Rooney</u> who acknowledges that this certification of an electronic document is true and correct and whose signature I have witnessed.

*[Notary Signature]*
Notary's Signature

FRANCES Y KING
Notary Public
State of South Carolina
My Commission Expires 05/26/2020

MY COMMISSION EXPIRES: <u>May 26, 2020</u>

Notary's Seal (If on paper)