#15-15981 - ch 7

Exhibit D

Bank of America
Prepared By:
Noor Sadruddin

16001 N. Dallas Pkwy
Addison, TX 75001
When recorded mail to:
CoreLogic
Mail Stop: ASGN
1 CoreLogic Drive
Westlake, TX 76262-9823

DocID# 1416785857714772

Property Address:
998 Meda St
Memphis, TN 38104-5818

TN0-ADT 24945966   5/24/2013   GT0430D

EXHIBIT D

This space for Recorder's use

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned holder of a Deed of Trust (herein "Assignor") whose address is **1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063** does hereby grant, sell, assign, transfer and convey unto **GREEN TREE SERVICING LLC** whose address is **7360 S. KYRENE ROAD, TEMPE, AZ 85283** all beneficial interest under that certain Deed of Trust described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Deed of Trust.

Original Lender: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE HOME LOANS, INC.**
Original Borrower(s): **MARTA LYALL, A MARRIED WOMAN**
Original Trustee: **ROBERT M. WILSON, JR.**
Date of Deed of Trust: **8/12/2004**
Original Loan Amount: **$98,400.00**
Recorded in **SHELBY** County, TN on: **8/23/2004**, book **N/A**, page **N/A** and instrument number **04141848**

Maximum principle indebtedness for Tennessee Recording Tax purposes is --$0.00-- exactly same collateral as prior debt. Does not increase principle.

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Deed of Trust to be executed on
Dated: **05-24-13**

Bank of America, N.A.

By: *Cindy S Arias*
Cindy S. Arias,
Assistant Vice President

State of TX, County of **DALLAS**

On **5-24-13**, before me, **YOLANDA GONZALES**, a Notary Public, personally appeared **CINDY S. ARIAS**, **Assistant Vice President** of Bank of America, N.A. personally known to me to be the person(s) whose name(s) is/are subscribed to the within document and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the document the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

*Yolanda Gonzales*
Notary Public: **YOLANDA GONZALES**
My Commission Expires: **01-29-2017**

YOLANDA GONZALES
Notary Public, State of Texas
My Commission Expires
January 29, 2017